

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00292-CV

| | | |
|---|---|---|
| MONTE MARK MITCHELL, Appellant | § | On Appeal from the 360th District Court |
| v. | § | of Tarrant County (360-717912-22) |
| | § | July 10, 2025 |
| HANNAH ELIZABETH YOUNG, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment awarding child support and remand this case to the trial court for further proceedings consistent with this opinion. We affirm the remainder of the trial court's judgment.

It is further ordered that both parties shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker